```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MOCKINGBIRD 38, LLC,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :         21-cv-00283 (LJL)
        -v-                                                      :
                                                                 :           ORDER
INTERNATIONAL BUSINESS TIMES, INC.,                              :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2021

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that the Initial Pretrial Conference scheduled for March 12, 2021 is canceled. Plaintiff's counsel is ordered to file and serve its motion for default judgment no later than April 12, 2021 unless, before that date, defendant files a notice of appearance. A Telephonic Default Judgment Hearing is scheduled for April 16, 2021 at 4:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: March 10, 2021
       New York, New York                        _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge