```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MOCKINGBIRD 38, LLC,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :         21-cv-283 (LJL)
        -v-                                                      :
                                                                 :            ORDER
INTERNATIONAL BUSINESS TIMES, INC.,                              :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has filed a motion for default judgment in this case. The Court directed Plaintiff to appear for a telephonic default hearing today, June 21, 2021. Plaintiff did not appear. Accordingly, the Court denies Plaintiff's motion for default judgment. The denial is without prejudice to Plaintiff refiling its motion for default judgment by July 30, 2021.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 14.

      SO ORDERED.

Dated: June 21, 2021
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021