```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MOCKINGBIRD 38, LLC,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :      21-cv-00283 (LJL)
            -v-                                                  :
                                                                 :          ORDER
INTERNATIONAL BUSINESS TIMES, INC.,                              :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

LEWIS J. LIMAN, United States District Judge:

It is hereby:

ORDERED that by October 21, 2021, Plaintiff must submit to the Court a statement either: (1) providing information regarding the date of first publication of the Foxx Photograph and/or why Plaintiff is entitled to an award of statutory damages and attorney's fees for infringement as to the Foxx Photograph in light of 17 U.S.C. § 412, or (2) withdrawing its request for statutory damages and attorney's fees under 17 U.S.C. §§ 504 and 505.  By October 21, 2021, Plaintiff may also submit evidence that Plaintiff sent Defendant cease-and-desist letters and that Defendant did not comply with the cease-and-desist letters sent by Plaintiff.

SO ORDERED.

Dated: October 7, 2021
       New York, New York

                                        _____
                                              LEWIS J. LIMAN
                                              United States District Judge