**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MOCKINGBIRD 38, LLC,

                Plaintiff,

      -against-

INTERNATIONAL BUSINESS TIMES, INC.,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2022

21 CIVIL 283 (LJL)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated January 18, 2022, default judgment is GRANTED in part and DENIED in part. Judgment is entered against International Business Times, Inc. reflecting the Court's holding and setting forth Mockingbird 38, LLC's damages as follows: $31,750 in actual and statutory damages for copyright infringement in violation of 17 U.S.C. § 501. The Court has also awarded attorneys' fees in the amount of $8,020 and costs in the amount of $481 pursuant to 17 U.S.C. § 505. The Court has also awarded post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**DATED**: New York, New York
          January 19, 2022

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court

                                       BY: _____
                                                    Deputy Clerk